UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

SIMIEN & SIMIEN, L.L.C.                          CASE NO. 10-10365

DEBTOR                                           CHAPTER 11


AGREED FINAL ORDER AUTHORIZING USE OF CASH
COLLATERAL IN ORDINARY COURSE OF BUSINESS

Considering the debtor's Motion to Use Cash Collateral (P-17), the agreement of the parties as expressed in this order ("Final Cash Collateral Order"), and after an April 16, 2010 final hearing on the motion:

IT IS ORDERED:

1.      Debtor is authorized to use cash collateral, as defined in 11 U.S.C §363, that is owned by the debtor and upon which Business First Bank asserts that it has valid, effective, and priming security interests, in accordance with the terms and conditions provided in this Final Cash Collateral Order.

2.      Debtor shall use cash collateral to pay its actual, necessary and ordinary expenses incurred from and after the petition date in connection with operation of its business up to but not exceeding the amounts set forth on the budget (attached to this Final Cash Collateral Order as Exhibit "A").  Except as provided in this paragraph, no cash collateral shall be used to make transfers to insiders (as that term is defined in 11 U.S.C. §101(31)) of the Debtor, except as authorized by order of this court.

3.      Debtor shall not expend any cash collateral for any purpose that is either not budgeted or that would exceed the budgeted amounts without consent of Business First Bank or specific authorization of this court after a hearing.

4.      The automatic stay of Bankruptcy Code § 362 is vacated and modified to the extent necessary to permit Debtor and Business First Bank to commit all acts and take all actions necessary to implement this Final Cash Collateral Order.

5.      The occurrence of any of the following shall constitute a default under this Final Cash Collateral Order: (a) any default, violation or breach of any of the terms of this Final Cash Collateral Order by Debtor that remains uncured after five (5) business days notice from Business First Bank to Debtor; (b) this court's denial of the relief requested in the Motion to Use Cash Collateral at the final hearing thereon, or if terminated sooner by an order of this court; (c) conversion of the bankruptcy case to a case under any other chapter of the Bankruptcy Code; (d) the appointment of a trustee in the bankruptcy case; and (e) the dismissal of the bankruptcy case. Upon a default under this Final Cash Collateral Order, except the event of default set forth in subsection (e), any party-in-interest may move this court to terminate the effect of this Final Cash Collateral Order, and shall give notice to all parties in interest of the motion to terminate and shall request a hearing on the motion.

6.      There is granted to Business First Bank adequate protection in the form of replacement liens on all future generated accounts receivable, cash, and proceeds therefrom, to the extent, and only to the extent, that pre-petition cash collateral is used by the Debtor in accordance with the provisions of this Final Cash Collateral Order.

7.      The authority for Debtor to use cash collateral shall remain in effect pending further order of this court.

8.    Notwithstanding the agreement of the parties to this form of order, nothing in this Final Cash Collateral Order shall constitute a waiver by any party of any right or concession of any issue that the party may wish to raise at a later date, if appropriate, or to raise regarding modification or termination of the provisions herein.  This Final Cash Collateral Order does not apply to any property owned by any individual, entity or party other than the Debtor.

Baton Rouge, Louisiana, April 16, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE


Respectfully Submitted:

Stewart Robbins & Brown, LLC
247 Florida St.
Baton Rouge, Louisiana
225-231-9998

/s/ Brandon A. Brown
Brandon A. Brown (#25592)
Counsel for Simien & Simien, L.L.C.

And


By:____s/ __Joseph S. Woodley_____ _____
Joseph S. Woodley (19228)
Pettiette, Armand, Dunkelman, Woodley, Byrd &
Cromwell, L.L.P.
400 Texas Street, Suite 400
P.O. Box 1786
Shreveport, Louisiana  71101
Attorneys for Business First Bank

| | 3/19-4/30 Projection | 5/1-5/31 Projection | 6/1-6/31 Projection |
|---|---|---|---|
| **Incoming Cash Flow** | | | |
| **Anticipated Receipts** | | | |
| Attorney Fees Earned | $75,000.00 | $125,000.00 | $125,000.00 |
| Client Costs Recovered | | $0.00 | $0.00 |
| Copy Income | $6.65 | $6.65 | $6.65 |
| Rent Income | $450.00 | $450.00 | $450.00 |
| Total Income | $75,456.65 | $125,456.65 | $125,456.65 |
| | | | |
| Anticipated Total Gross Receipts | $75,456.65 | $125,456.65 | $125,456.65 |
| | | | |
| **Outgoing Cash Flow** | | | |
| **Anticipated Expense to Be Paid** | | | |
| Advertising and Promotion | $212.80 | $10,000.00 | $10,000.00 |
| Dues & Subscriptions | | $160.00 | $160.00 |
| Automobile Expenses | $1,000.00 | $750.00 | $750.00 |
| Bank Charges | $70.00 | $70.00 | $70.00 |
| Books & Publications | $0.00 | $0.00 | $0.00 |
| Computer Expense | $0.00 | $0.00 | $0.00 |
| Condominium Fees | $360.00 | $270.00 | $270.00 |
| Continuing Education | $133.00 | $100.00 | $100.00 |
| Contracted Services | $11,390.00 | $8,500.00 | $8,500.00 Includes associate attorney, IT services, etc. |
| Meals & Entertainment | $133.00 | $100.00 | $100.00 |
| Equipment (Sec. 179) | $0.00 | $0.00 | $0.00 |
| Equipment Rental | $1,995.00 | $1,500.00 | $1,500.00 |
| Insurance | | | |
| Elvin Property Insurance | $266.00 | $200.00 | $200.00 |
| Installment Charge | $20.00 | | |
| Umbrella Policy | $305.00 | | |
| Dental | $532.00 | $400.00 | $400.00 |
| Employee Health | $3,192.00 | $2,400.00 | $2,400.00 |
| General Liability | $475.00 | | |
| Key Man Insurance | | | |
| Eulis | $239.40 | $180.00 | $180.00 |
| Jimmy | $212.80 | $160.00 | $160.00 |
| Malpractice | $1,463.00 | $1,100.00 | $1,100.00 |
| Workers Compensation | $400.00 | | |
| Miscellaneous Expenses | $266.00 | $200.00 | $200.00 |
| Office Supplies | | | |
| General | $1,000.00 | $750.00 | $750.00 |
| Kitchen | $650.00 | $500.00 | $500.00 |
| Payroll Expense-Gross Wages | $18,000.00 | $12,000.00 | $18,000.00 |
| Compensation -- Eulis Simien | $21,328.00 | $16,000.00 | $16,000.00 Note that Eulis Simien contributions (through the Tobacco Stream actually exceeds this a |
| Compensation -- Jimmy Simien | $21,328.00 | $16,000.00 | $16,000.00 Note that Jimmy Simien contributions (through the Tobacco Stream actually exceeds this |
| Payroll Taxes | | | |
| FICA Taxes- 7.75% | $1,395.00 | $930.00 | $930.00 |
| Federal Unemployment | $460.00 | $320.00 | $100.00 |

| Item | | | |
|---|---|---|---|
| State Unemployment- 2.28% | $1,350.00 | | $270.00 |
| Postage Expense | $1,863.00 | $1,400.00 | $1,400.00 Pitney Bowes, Fedex, USPS.com |
| Printing Expense | $300.00 | $200.00 | $200.00 |
| Professional Dues | | | |
| Louisiana State Bar | $0.00 | $0.00 | $0.00 |
| Federal Court | $0.00 | $0.00 | $0.00 |
| Texas State Bar | $0.00 | $0.00 | $0.00 |
| Louisiana Assoc. for Justice | $0.00 | $850.00 | $850.00 |
| Professional Services | | | |
| Accounting Fees | $3,500.00 | $0.00 | $0.00 |
| Repairs & Maintenance | | | |
| General | $750.00 | $250.00 | $250.00 |
| Janitorial services | $751.45 | $565.00 | $565.00 |
| Pest Control | $179.80 | $60.00 | $60.00 |
| Security Expense | $33.25 | $25.00 | $25.00 |
| Storage Expense | $1,157.10 | $870.00 | $870.00 Iron Mountain & Coursey |
| Taxes & Licenses | | | |
| Property | $1,150.45 | $885.00 | $885.00 Average of 2009 |
| Taxes & Licenses - Other | $13.30 | $10.00 | $10.00 |
| Telephone Expense | | | |
| Answering Service | $146.30 | $110.00 | $110.00 |
| Cellular service | $931.00 | $700.00 | $700.00 |
| Internet Service | $665.00 | $500.00 | $500.00 |
| Telephone Expense | $1,080.00 | $1,080.00 | $1,080.00 |
| Travel Expense | $462.20 | $340.00 | $340.00 |
| Unreimbursed Client Costs | $300.00 | $225.00 | $225.00 |
| Utilities | | | |
| Electric | $598.50 | $450.00 | $450.00 |
| Water & Sewage | $66.50 | $50.00 | $50.00 |
| Total Anticipated Expenses to be Paid | $102,113.85 | $80,820.00 | $87,190.00 |
| | | | |
| Other Anticipated Outflow of Cash | | | |
| Advanced Client Costs | $11,305.00 | $8,500.00 | $8,500.00 |
| Total Anticipated Outflow of Cash | $113,418.85 | $89,320.00 | $95,690.00 |
| Anticipated Net Cash Flow | -$37,982.20 | $36,136.65 | $29,766.65 |
| | | | |
| Items Accruing During Periods | | | |
| Attorney Fees | $26,600.00 | $20,000.00 | $20,000.00 |
| Yellow Pages and Internet Advertising | $27,265.00 | $20,500.00 | $20,500.00 |
| Research Expense | $11,795.50 | $1,600.00 | $1,600.00 |
| Interest Expense | | | |
| Postage | $800.00 | $600.00 | $600.00 |
| Business First Loan #9763 | $3,325.00 | $2,500.00 | $2,500.00 Shown broken down but this is paid quarterly with payment due in April |

| | | | |
|---|---|---|---|
| Elvin Property Interest #9753 | $1,463.00 | $1,100.00 | $1,100.00 |
| Fifteen Year Amort. #9756 | $1,476.30 | $1,110.00 | $1,110.00 Shown broken down but this is paid quarterly with payment due in April |
| BF Building Loan #9754 | $3,258.50 | $2,450.00 | $2,450.00 |
| BF Consolidation Loan #9750 | $29,260.00 | $22,000.00 | $22,000.00 Shown broken down but this is paid quarterly with payment due in April |
| BF Line of Credit #9751 | $1,100.00 | $1,100.00 | $1,100.00 Shown broken down but this is paid quarterly with payment due in April |
| **Principal Loan Payments** | | | |
| Business First Loan #9763 | $2,633.33 | $2,633.33 | $2,633.33 Shown broken down but this is paid quarterly with payment due in April |
| Elvin Property Interest #9753 | $500.00 | $500.00 | $500.00 |
| Fifteen Year Amort. #9756 | $733.33 | $733.33 | $733.33 Shown broken down but this is paid quarterly with payment due in April |
| BF Building Loan #9754 | $1,200.00 | $1,200.00 | $1,200.00 Shown broken down but this is paid quarterly with payment due in April |
| BF Consolidation Loan #9750 | $10,333.00 | $10,333.00 | $10,333.00 Shown broken down but this is paid quarterly with payment due in April |
| **Total Items Accruing** | $111,742.97 | $88,359.67 | $88,359.67 |

mount)
amount)